**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DENISE GABRIEL<br>Plaintiff | CIVIL ACTION |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC.<br>Defendant | NO. 08-4473 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, DENISE GABRIEL, pursuant to Rule

41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action

captioned above, with prejudice.

BY: */s/ Brent F. Vullings, Esq.*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff
    Attorney I.D. #92344
    Warren & Vullings, LLP
    1603 Rhawn Street
    Philadelphia, PA  19111
    215-745-9800